Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man,<br>Plaintiff<br><br>v.<br><br>RENTON COLLECTIONS, INC., a Washington corporation, and MICHAEL BLAIR AND JANE DOE BLAIR and the marital community thereof,<br>Defendants | No. 05-CV-1912-MJP<br><br>NOTICE OF RENOTED MOTION |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion to Dismiss Defendants' First Counterclaim, currently noted for hearing on February 3, 2006, is hereby RENOTED for hearing on February 10, 2006.

DATED: February 2, 2006

/S/Joseph A. Hylkema
JOSEPH ANDREW HYLKEMA
WSBA: N/A
Plaintiff pro se

NOTICE OF RENOTED MOTION (05-CV-1912-MJP) – 1 of 2

JOSEPH ANDREW HYLKEMA
2442 NW Market St. #327
Seattle, WA 98107
(206) 202-4530
Email: joe@wa-state-resident.com

1

2  **CERTIFICATE OF SERVICE**

3     I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF
4  system which will send notification to the following: N/A.  I further certify that on the same date, I sent a hard copy of the
5  foregoing via first class mail with postage prepaid to Defendants' counsel Wendy Retacco at 30640 Pacific Hwy S. Ste.
6  C-1, Federal Way, WA 98003, her address of record.

7  DATED:  February 2, 2006

8  /S/Joseph A. Hylkema
   JOSEPH ANDREW HYLKEMA
9  WSBA: N/A
   Plaintiff pro se

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF RENOTED MOTION (05-CV-1912-MJP) – 2 of 2

JOSEPH ANDREW HYLKEMA
2442 NW Market St. #327
Seattle, WA 98107
(206) 202-4530
email: joe@wa-state-resident.com